UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Case No.: 1:04-cv-12459-NG

| | |
|---|---|
| Comcast of Massachusetts, New Hampshire, Ohio, Inc. | ) ) ) |
| Plaintiff | ) ) |
| vs. | ) ) |
| Darlene Samson | ) ) |
| Defendant | ) |

**<u>DEFENDANT'S ANSWER</u>**

1. Denied.

2. Denied.

3. Defendant has no knowledge.

4. Admitted.

5. Legal allegation, no answer required.

6. Legal allegation, no answer required.

7. Admitted.

8. Defendant has no knowledge.

9. Defendant has no knowledge.

10. Defendant has no knowledge.

11. Defendant has no knowledge.

12. Defendant has no knowledge.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. No answer required.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. No answer required.

25. Denied.

26. Denied.

27. Denied.

## **AFFIRMATIVE DEFENSES**

1. Plaintiff's claim is barred by the applicable statute of limitations.

2. Plaintiff's conduct in seizing the equipment was wrongful, illegal and plaintiff is therefore estopped from recovering monies in this case.

3. Plaintiff's claim is barred by laches.

## **COUNTERCLAIM**

1. On or about late November 2001, plaintiff illegally and without defendant's permission or consent, and on false pretenses, invaded defendant's residence and home, entered defendant's house while she was not present, and seized certain equipment from defendant's home without lawful authority.

2. Plaintiff, through its agents or employees, intimidated and frightened an elderly woman at that time (then 86 years old), causing her emotional harm and distress.

3. Plaintiff's actions constituted unlawful trespass and undue and intentional violation of defendant's right to privacy in her own home.

WHEREFORE, defendant and plaintiff-in-counterclaim demands compensatory damages against plaintiff and defendant-in-counterclaim Comcast.

DEFENDANT AND PLAINTIFF-IN-COUNTERCLAIM
REQUESTS TRIAL BY JURY ON ALL ISSUES.

>Respectfully submitted
>Defendant/Plaintiff-in-Counterclaim,
>By her Attorneys,
>BEAUREGARD, BURKE & FRANCO
>
>/s/ PhilipN. Beauregard
>PHILIP N. BEAUREGARD BBO# 034780
>P.O. Box 952
>New Bedford, MA 02741-0952
>Tel: (508) 993-0333
>Fax: (508) 990-2045
>e-mail: bbf.robeson@verizon.net

Dated: 12/29/04