# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**Comcast of Mass/New Hampshire**

Plaintiff

V.

CIVIL ACTION

NO. 04-12459-NG

Darlene Samson

Defendant

## SETTLEMENT ORDER OF DISMISSAL

Gertner, D. J.

The Court having been advised on March 31, 2005 that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

| 3/31/05 | s/Maryellen Molloy |
|---|---|
| Date | Deputy Clerk |

(30 DISM COMCAST 3-05.wpd - 12/98)                                                                    [stlmtodism.]