UNITED STATES DISTRICT COURT
DISTRICT OF MA

| | |
|---|---|
| **Comcast of MA/NH/OH, Inc.** )  | Case No.: 04-12459 NG |
| Plaintiff, ) | |
| ) | STIPULATION OF DISMISSAL |
| vs. ) | WITH PREJUDICE |
| **Darlene Samson** ) | |
| Defendant ) | |

The parties to the above-entitled action have agreed to settle this matter, pursuant to the provisions of Fed. R. Civ. P. 41(1)(a)(i), hereby stipulate that said action be dismissed with prejudice and without cost to either party.

_6/22/05_
Date

Respectfully Submitted for the Plaintiff,
Comcast of MA/NH/OH, Inc.
By Its Attorney,

John M. McLaughlin, Its Member
**Green, Miles, Lipton & Fitz-Gibbon**
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061
Telephone: (413) 586-0865
Fax: (413) 584-6278
BBO No. 556328

1

Respectfully Submitted for the Defendant,
Darlene Samson
By Her Attorney,

3-31-05
Date

*Philip Beauregard/snr*
Philip N. Beauregard
Law Offices of Beauregard, Burke & Franco
The Andrew Robeson House
P.O. Box 952
32 William Street
New Bedford, MA 02740
Telephone: (508) 993-0333
Fax: (508) 990-2045